IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DAVID GANN

    Petitioner,                    2:00-cv-1644-GEB-CMK-P

  vs.

ROBERT L. AYERS

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's August 30, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of

1

1 appealability indicating which issues satisfy the required
2 showing or must state the reasons why such a certificate should
3 not issue.  Fed. R. App. P. 22(b).
4 　　　　　The Magistrate Judge's March 3, 2005 findings and
5 recommendations found that petitioner's application for habeas
6 relief was barred by the Antiterrosim and Effective Death Penalty
7 Act (AEDPA) and recommended that the petition be denied.  As the
8 federal district court cannot review petitioner's habeas
9 application due to AEDPA's statute of limitations, petitioner
10 cannot make a substantial showing of the denial of a
11 constitutional right.  Accordingly, a certificate of
12 appealability should not issue in this action.
13 DATED:   December 6, 2005
14 　　　　　　　　　　　　　　　　　　/s/ Garland E. Burrell, Jr.
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
15 　　　　　　　　　　　　　　　　　　United States District Judge